**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Robert J. Feinstein, Esq. (admitted *pro hac vice*)
Bradford J. Sandler, Esq.
Paul J. Labov, Esq.
Colin R. Robinson, Esq.
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 34th Floor
New York, NY 10017
Telephone:  (212) 561-7700
rfeinstein@pszjlaw.com
bsandler@pszjlaw.com
plabov@pszjlaw.com
crobinson@pszjlaw.com

Peter O. Larsen, Esq. (*pro hac vice* pending)
Raye Elliott, Esq. (*pro hac vice* pending)
AKERMAN LLP
50 North Laura Street, Suite 3100
Jacksonville, FL 32202
Telephone: (904) 798-3700
peter.larsen@akerman.com
raye.elliott@akerman.com

*Counsel to Plaintiff / Plan Administrator*

| | |
|---|---|
| In re: | Chapter 11 |
| 20230930-DK-BUTTERFLY-1, INC. f/k/a Bed Bath & Beyond, Inc., *et.al.*,[1] | Case No. 23-13359 (VFP) |
| Debtors. | (Jointly Administered) |
| MICHAEL GOLDBERG, as Plan Administrator for 20230930-DK-BUTTERFLY-1, INC. f/k/a Bed Bath & Beyond, Inc., Plaintiff, | Adversary No. 24-01443 (VFP) |
| v. | |
| NEW JERSEY ECONOMIC DEVELOPMENT AUTHORITY, Defendant. | |

---

[1] The last four digits of Debtor Bed Bath & Beyond, Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtor's claims and noticing agent at https://restructuring.ra.kroll.com/bbby/.

## <u>APPLICATION FOR *PRO HAC VICE* ADMISSION OF RAYE CURRY ELLIOTT, ESQ.</u>

Pursuant to Rule 101.1 of the Local Civil Rules for the United States District Court for the District of New Jersey and Rule 9010-1 of the Local Rules for the United States Bankruptcy Court for the District of New Jersey, the undersigned hereby seeks entry of an Order granting the admission *pro hac vice* of Raye Curry Elliott, Esq. of the law firm of Akerman LLP to represent Michael Goldberg, as plan administrator (the "<u>Plan Administrator</u>" or "<u>Plaintiff</u>")[2] before this Court in connection with the above-captioned adversary case.

In support of this Application, the undersigned submits the attached Certification of Raye Curry Elliott, Esq. and requests that the proposed form of order submitted herewith be entered. The undersigned certifies that he is admitted, practicing, and a member in good standing with the Bar of the State of New Jersey and is admitted to practice before the United States District Court for the District of New Jersey.

Dated:  June 17, 2024

/s/ Paul J. Labov
Paul J. Labov, Esq.
**PACHULSKI STANG ZIEHL & JONES LLP**
780 Third Avenue, 34th Floor
New York, NY 10017
Telephone:    (212) 561-7700
Facsimile:    (212) 561-7777
Email:    plabov@pszjlaw.com

*Counsel to Plaintiff / Plan Administrator*

---

[2]    The Plan Administrator has been appointed pursuant to the Debtors' Plan, as defined herein.  The Plan Administrator is responsible for and has the authority to administer certain post-confirmation responsibilities under the Plan on behalf of the Reorganized Debtors.