|  |  |
|---|---|
| **UNITED STATES BANKRUPTCY COURT** <br> **DISTRICT OF NEW JERSEY** | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)** <br><br> Robert J. Feinstein, Esq. (admitted *pro hac vice*) <br> Bradford J. Sandler, Esq. <br> Paul J. Labov, Esq. <br> Colin R. Robinson, Esq. <br> PACHULSKI STANG ZIEHL & JONES LLP <br> 780 Third Avenue, 34th Floor <br> New York, NY 10017 <br> Telephone: (212) 561-7700 <br> rfeinstein@pszjlaw.com <br> bsandler@pszjlaw.com <br> plabov@pszjlaw.com <br> crobinson@pszjlaw.com <br><br> Peter O. Larsen, Esq. (*pro hac vice* pending) <br> Raye Elliott, Esq. (*pro hac vice* pending) <br> AKERMAN LLP <br> 50 North Laura Street, Suite 3100 <br> Jacksonville, FL 32202 <br> Telephone: (904) 798-3700 <br> peter.larsen@akerman.com <br> raye.elliott@akerman.com <br><br> *Counsel to Plaintiff / Plan Administrator* | |
| In re: <br><br> 20230930-DK-BUTTERFLY-1, INC. f/k/a Bed Bath & Beyond, Inc., *et.al.*,[1] <br><br>        Debtors. | Chapter 11 <br><br> Case No. 23-13359 (VFP) <br><br> (Jointly Administered) |
| MICHAEL GOLDBERG, as Plan Administrator for 20230930-DK-BUTTERFLY-1, INC. f/k/a Bed Bath & Beyond, Inc., <br><br>        Plaintiff, <br> v. <br> NEW JERSEY ECONOMIC DEVELOPMENT AUTHORITY, <br><br>        Defendant. | Adversary No. 24-01443 (VFP) |

---

[1] The last four digits of Debtor Bed Bath & Beyond, Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtor's claims and noticing agent at https://restructuring.ra.kroll.com/bbby/.

4891-0029-3060.1 08728.003

**CERTIFICATION OF RAYE CURRY ELLIOTT, ESQ. IN SUPPORT
OF APPLICATION FOR ORDER FOR ADMISSION *PRO HAC VICE***

I, Raye Curry Elliott, Esq., hereby certify and state as follows:

1. I am an attorney with the law firm of Akerman LLP. I maintain my regular office for practice of law at 401 East Jackson Street, Suite 1700, Tampa, Florida, 33602.

2. I am a member in good standing of the bar of the state of Florida (admitted in 1994) and am duly licensed and admitted to practice in the United States District Court for the Northern District of Florida, United States District Court for the Middle District of Florida, and United States District Court for the Southern District of Florida.

3. No disciplinary proceedings are pending against me in any jurisdiction and no discipline has previously been imposed on me in any jurisdiction.

4. I submit this Certification in support of the application to permit me to appear and participate *pro hac vice* as counsel to Michael Goldberg, as Plan Administrator and Plaintiff in this adversary case, as I have particularized knowledge of the facts and circumstances relating to this adversary case.

5. Upon being admitted to appear and participate in this case *pro hac vice*, I shall promptly cause payment to be made to the Clerk of the Court in the amount of $250.00 pursuant to Rule 101.1(c)(3) of the Local Civil Rules of the United States District Court for the District of New Jersey ("D.N.J. L.R.").

6. I have been advised of my obligation to make payments of an annual fee to the New Jersey Lawyers Fund for Client Protection in accordance with the New Jersey Court Rule 1:28 and shall immediately comply with the requirement upon my admission *pro hac vice*.

7. I will abide by D.N.J. L.R. 101.1(c).

8. I have familiarized myself with the Local Rules of Bankruptcy Procedure promulgated by this Court and will at all times conduct myself in accordance with such Rules during the conduct of these cases.

9. I understand that, upon admission *pro hac vice*, I am within the disciplinary jurisdiction of this Court and agree to notify the Court immediately of any matter affecting my standing at the bars of any other court.

I certify under penalty of perjury that the foregoing is true and correct.

Dated: June 12, 2024

*/s/ Raye Curry Elliott*
Raye Curry Elliott, Esq.
**AKERMAN LLP**
401 East Jackson Street, Suite 1700
Tampa, FL  33602
Telephone: (813) 223-7333
Facsimile: (813) 223-2837
Email: raye.elliott@akerman.com