# EXHIBIT 2



April 26, 2023

<u>*Via Email*</u>
tonianne.andrisano@bedbath.com
Toni-Anne Andrisano, MST, CFE
Vice President, Tax
Bed Bath & Beyond Inc.
650 Liberty Avenue
Union, NJ 07083

Re:    Business Employment Incentive Agreement Grant Amendment (P17285/Prod-00154879)
       Christmas Tree Shops, Inc.

Dear Ms. Andrisano:

I'm writing in follow up to earlier conversations and e-mail correspondence regarding the BEIP Grant approved by the EDA for Christmas Tree Shops, Inc. ("CTS") on May 9, 2006. Upon further review of the application for modification submitted by Bed Bath & Beyond ("BB&B") ("Application"), of CTS's BEIP Grant Agreement ("Original Agreement") dated December 4, 2006, and as amended on June 9, 2016 (the "Opt-in Amendment to the Agreement"), it has been determined the requested changes cannot be approved.

In November 2020, CTS was sold to an unrelated entity and is no longer affiliated with BB&B. As BB&B is not related to the BEIP business it cannot be added to the Agreement as a grantee. No employee of BB&B shall be eligible to be included in any Annual Compliance Report and shall not be allocated any tax credits. Therefore, BB&B may not assume CTS's grant. The documents provided do not constitute assignment and assumption of the BEIP grant.

Please do not hesitate to contact Alexis Krul, Incentives Relationship Officer at (609) 858-6750 or AKrul@njeda.com if you wish to further discuss this matter.

Very Truly Yours,

*Susan Greitz*
Susan Greitz, Director
Incentives Relationship Management

SG/ak