# EXHIBIT 7



February 6, 2023

<u>*Via Email*</u>
tonianne.andrisano@bedbath.com
Toni-Anne Andrisano, MST, CFE
Vice President, Tax
Bed Bath & Beyond Inc.

Re:     Business Employment Incentive Agreement Grant Amendment (P36408/Prod-00182556)
        Bed Bath & Beyond Inc. ("BB&B")

Dear Ms. Andrisano:

This letter serves as notice that your BEIP Grant Agreement ("Original Agreement"), dated July 25, 2011 is amended with the following provisions which shall replace the provisions in your executed grant agreement ("Amendment"). Provisions of the Original Agreement and its amendments which are deemed to survive termination of the Agreement shall remain in effect with regard to removed parties without any further obligation of removed parties and NJEDA, except for such provisions of the Original Agreement and its amendments that survive termination. Except as otherwise expressly provided in the previous amendment in June 9, 2016 (the "Opt-in Amendment to the Agreement"), and this Amendment, all of the terms, covenants and conditions of the Original Agreement shall remain in full force and effect.

Parties to the Original Agreement shall be amended as follows:

1. Update the following entity names:
    - Bed Bath & Beyond, Inc. to Bed Bath & Beyond Inc.
    - Harmon Stores Inc. to Harmon Stores, Inc.
    - Buy Buy Baby Stores Inc. to Buy Buy Baby, Inc.
    - Christmas Tree Shops Inc. to Christmas Tree Shops, Inc.
    - Bed Bath & Beyond Procurement Co. to Bed Bath & Beyond Procurement Co. Inc.
2. Change the name of grantee Bed Bath & Beyond Procurement Co. Inc. to Liberty Procurement Co. Inc. effective December 12, 2012.
3. Remove Bed Bath & Beyond of California Limited Liability Company ("California") from the grant effective November 29, 2017.
4. Remove Christmas Tree Shops Inc. from the grant effective November 12, 2021.

Upon execution of this Amendment, Grantees are Bed Bath & Beyond Inc., Liberty Procurement Co. Inc., BBB Value Services Inc., Buy Buy Baby, Inc., and Harmon Stores, Inc.

Please acknowledge receipt of this Amendment and acceptance of the new provisions outlined above by signing and returning within ten (10) business days to Alexis Krul, Incentives Relationship Officer (AKrul@njeda.com). An authorized officer/member must sign this Amendment.

This Amendment may be executed and delivered by telecopier, email, PDF or other facsimile transmission of all with the same force and effect if the same were a fully executed and delivered original manual counterpart.

Electronic signature of this Amendment shall be deemed to be valid execution and delivery as though an original ink. The parties explicitly consent to the electronic delivery of the terms of the transaction bound by the electronic signatures and the terms of the Amendment. The electronic signature can be done by either ADOBE Acrobat or any other similar signature software that can be used for electronic signatures or by printing, manually signing, and scanning.

**IN WITNESS WHEREOF**, the Parties hereto have caused this Amendment to be executed by their respective signatories duly authorized as of the date and year last written below ("Effective Date").

GRANTEE(S):

| **BED BATH & BEYOND INC.** | **LIBERTY PROCUREMENT CO. INC.** |
|---|---|
| By: *[signature]* | By: *[signature]* |
| Name/Title: Toni-Anne Andrisano, VP Tax | Name/Title: Toni-Anne Andrisano, VP Tax |
| Date: 02/08/2023 | Date: 02/08/2023 |
| **BBB VALUE SERVICES INC.** | **BUY BUY BABY, INC.** |
| By: *[signature]* | By: *[signature]* |
| Name/Title: Toni-Anne Andrisano, VP Tax | Name/Title: Toni-Anne Andrisano, VP Tax |
| Date: 02/08/2023 | Date: 02/08/2023 |
| **HARMON STORES, INC.** | **BED BATH & BEYOND OF CALIFORNIA LIMITED LIABILITY COMPANY** |
| By: *[signature]* | By: *[signature]* |
| Name/Title: Toni-Anne Andrisano, VP Tax | Name/Title: Toni-Anne Andrisano, VP Tax |
| Date: 02/08/2023 | Date: 02/08/2023 |

GRANTOR:

**NEW JERSEY ECONOMIC DEVELOPMENT AUTHORITY**

By: *Susan Greitz*
   Susan Greitz
   Director-Incentives Relationship Management

Date: 02/09/2023