# EXHIBIT 12

| | |
|---|---|
| **From:** | Susan Greitz |
| **To:** | Szymelewicz, Anthony |
| **Cc:** | Colette M. Frazier; Wendy B. Wisniewski |
| **Subject:** | RE: BBB |
| **Date:** | Monday, July 10, 2023 10:26:00 AM |
| **Attachments:** | image001.png |
| | image002.png |
| | image003.png |
| | image004.png |

Anthony, always glad to chat with you, but, frankly, there is no coming back for not making the jobs. What would you want to discuss?

**From:** Szymelewicz, Anthony <aszymelewicz@deloitte.com>
**Sent:** Monday, July 10, 2023 10:01 AM
**To:** Susan Greitz <Susan.Greitz@njeda.gov>
**Cc:** Colette M. Frazier <Colette.Frazier@njeda.gov>; Wendy B. Wisniewski
<Wendy.Wisniewski@njeda.gov>
**Subject:** RE: BBB

> **CAUTION:** This email originated from outside the NJEDA. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hi Susan,

Thank you for this. Is there anyway we could have a quick chat this afternoon? Only time that I am booked is 4:30.

Thanks,

Anthony

**From:** Susan Greitz <Susan.Greitz@njeda.gov>
**Sent:** Monday, July 10, 2023 9:58 AM
**To:** Szymelewicz, Anthony <aszymelewicz@deloitte.com>
**Cc:** Colette M. Frazier <Colette.Frazier@njeda.gov>; Wendy B. Wisniewski
<Wendy.Wisniewski@njeda.gov>
**Subject:** [EXT] BBB

Hi Anthony, it has been about a month since we spoke to you and the Bed Bath and Beyond folks. I know there was some consideration regarding whether the potential default as a result of the bankruptcy was appropriate but unfortunately, the jobs number have resulted in a failure to meet the baselist and MET for multiple years. At this point, we will be sending termination letters. Just wanted to give you a head's up.

Thanks,
Susan



**Susan Greitz**
Director, Incentives- Relationship Management
New Jersey Economic Development Authority (NJEDA)
36 West State Street | P.O. Box 990 | Trenton, New Jersey | 08625-0990
(609) 858-6691 o
(609) 203-3572  m

For information about NJEDA's products and services, please visit us on the web: www.njeda.com

  

**\*\*\*\*\*Any tax advice included in this communication may not contain a full description of all relevant facts or a complete analysis of all relevant tax issues or authorities. This communication is solely for the intended recipient's benefit and may not be relied upon by any other person or entity. \*\*\*\*\***

**This message (including any attachments)contains confidential information intended for a specific individual and purpose, and is protected by law. If you are not the intended recipient, you should delete this message and any disclosure, copying, or distribution of this message, or the taking of any action based on it, by you is strictly prohibited.**

**Deloitte refers to a Deloitte member firm, one of its related entities, or Deloitte Touche Tohmatsu Limited ("DTTL"). Each Deloitte member firm is a separate legal entity and a member of DTTL. DTTL does not provide services to clients. Please see www.deloitte.com/about to learn more.**

**v.T.1**