Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

In Re:  Bed Bath & Beyond Inc.
Debtor

Case No.: 23–13359–VFP
Chapter 11

Michael Goldberg
Plaintiff

v.

New Jersey Economic Development Authority
Defendant

Adv. Proc. No. 24–01443–VFP                                         Judge: Vincent F. Papalia

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

　　　Please be advised that on February 4, 2025, the court entered the following judgment or order on the court's docket in the above–captioned case:

Document Number: 37 – 22
Order Granting Motion Without Prejudice Defendant's Motion for Judgments on the Pleadings (Related Doc # 22). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 2/4/2025. (mcp)

　　　Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: February 4, 2025
JAN: mcp

Jeanne Naughton
Clerk