UNITED STATES BANKRUPTCY COURT
District of New Jersey

| | | |
|---|---|---|
| In re: | Chapter: | 11 |
| Bed Bath & Beyond Inc. | Case Number: | 23-13359 |
| | Civil Number: | |
| | Adversary Number: | 24-01443-VFP |
| | Bankruptcy Judge: | Papalia |

**TRANSMITTAL OF DOCUMENT(S) TO:**
☐ DISTRICT COURT ☐ CIRCUIT COURT OF APPEALS

The following items have been filed with our office, and are being transmitted:

☒ Notice of Appeal   ☒ Order being Appealed   ☐ Designation of Record on Appeal
☐ Statement of Issues   ☐ Transcript   ☐ Transcript Ordered On: _____
☐ Motion for Leave to Appeal   ☐ Certification of Failure to File Designation   ☐ Motion to Withdraw the Reference
☐ Other _____

If a Notice of Appeal is being transmitted:

The Notice of Appeal was filed in our office on 05/30/2025. The parties to the appeal are:

Appellant(s): Michael Goldberg
Attorney: Edward A. Corma; Pachulski Stang Ziehl
Address: 1700 Broadway, 36th Floor
New York, NY 10019

Appellee(s): New Jersey Economic Development Auth
Attorney: Eliott Berman;MCELROY, DEUTSCH,
Address: 570 Broad Street, Suite 1401
Newark, NJ 07102

Title of Order Appealed: Order Denying Plaintiff's Motion for Leave to File an Amended Complaint
Date Entered On Docket: 05/19/2025

☒ An appeal has not previously been filed in this case.
☐ The following list contains information regarding all appeals previously filed in this case:

| District Court Case Number | District Court Judge Assigned | Date of Transmission of Record to District Court |
|---|---|---|
| | | |
| | | |
| | | |

Court Clerk: Please complete the information below and return a copy of this form to _____ within 3 days.

Your Court's Case Number: _____   Judge assigned: _____
By: _____   Date: _____

rev. 8/28/17