| |
|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Peter O. Larsen, Esq. (admitted *pro hac vice*)<br>Raye Elliott, Esq. (admitted *pro hac vice*)<br>Steven R. Wirth<br>50 North Laura Street, Suite 3100<br>Jacksonville, FL 32202<br>Telephone: (904) 798-3700<br>Facsimile: (904) 798-3730<br>Email:  peter.larsen@akerman.com<br>          raye.elliott@akerman.com<br>          steven.wirth@akerman.com<br><br>Bradford J. Sandler, Esq.<br>Paul J. Labov, Esq.<br>PACHULSKI STANG ZIEHL & JONES LLP<br>1700 Broadway, 36th Floor<br>New York, NY 10019<br>Telephone: (212) 561-7700<br>Facsimile: (212) 561-7777<br>Email:  bsandler@pszjlaw.com<br>          plabov@pszjlaw.com<br><br>*Counsel to the Plan Administrator* |

| | |
|---|---|
| In re:<br><br>20230930-DK-BUTTERFLY-1, INC. f/k/a Bed Bath & Beyond, Inc., *et.al.*,<br>            Debtors. | Chapter 11<br><br>Case No. 23-13359(VFP)<br><br>(Jointly Administered) |
| MICHAEL GOLDBERG, as Plan Administrator for 20230930-DK-BUTTERFLY-1, INC. f/k/a Bed Bath & Beyond, Inc.,<br>            Plaintiff,<br><br>v.<br><br>NEW JERSEY ECONOMIC DEVELOPMENT AUTHORITY,<br>            Defendant. | Adversary Proceeding No. 24-01443-VFP |

### APPELLANT'S DESIGNATION OF ITEMS TO BE INCLUDED IN RECORD ON APPEAL AND STATEMENT OF ISSUES TO BE PRESENTED

81811424;1

Michael Goldberg, in his capacity as Plan Administrator (the "Plan Administrator" or "Appellant") for 20230930-DK-Butterfly-1, Inc. f/k/a Bed Bath and Beyond, Inc.[1] and affiliated debtors (the "Debtors"), by and through undersigned counsel, pursuant to Federal Rule of Bankruptcy Procedure 8009, submits his Designation of Items to be Included in the Record on Appeal and Statement of Issues to be Presented as follows:

## DESIGNATION OF THE RECORD

| Filing Date | Docket No. | Description |
|---|---|---|
| 6/3/2024 | 1 | Complaint |
| 6/25/2024 | 7 | Order Granting Application to Allow Attorney Raye Elliott as Counsel to Plaintiff/Plan Administrator to Appear *Pro Hac Vice* |
| 6/25/2024 | 8 | Order Granting Application to Allow Attorney Peter Larsen as Counsel to Plaintiff/Plan Administrator to Appear *Pro Hac Vice* |
| 7/19/2024 | 16 | Order Granting Application to Allow Attorney Eliott Berman to Appear *Pro Hac Vice* |
| 8/15/2024 | 19 | Answer to Complaint by Defendant New Jersey Economic Development Authority |
| 12/6/2024 | 22 | Motion for Judgment on the Pleadings by Defendant New Jersey Economic Development Authority |
| 12/6/2024 | 24 | Declaration of Susan Greitz in Support of Motion for Judgment on the Pleadings |
| 12/6/2024 | 25 | Declaration of Eliott Berman in Support of Motion for Judgment on the Pleadings |
| 12/20/2024 | 30 | Memorandum of Law in Opposition to Defendant's Motion for Judgment on the Pleadings |
| 12/31/2024 | 31 | Reply Memorandum of Law in Further Support of Defendant's Motion for Judgment on the Pleadings |
| 1/16/2025 | 35 | Transcript Regarding Hearing Held 1/14/2025 |
| 2/4/2025 | 37 | Order Granting Without Prejudice Defendant's Motion for Judgment on the Pleadings |
| 3/6/2025 | 41 | Motion for Leave to File Amended Complaint filed by Plaintiff |
| 3/6/2025 | 42 | Defendant's Supplemental Memorandum of Law Regarding the August 7, 2023 Letters |
| 4/7/2025 | 44 | Brief in Opposition to Plaintiff's Motion for Leave to File Amended Complaint |

---

[1] Pursuant to the Certificate of Amendment of the Certificate of Incorporation of Bed Bath & Beyond, Inc. which was filed with the State of New York Department of State on September 21, 2023, the name of the entity formerly known as "Bed Bath & Beyond, Inc." was changed to 20230930-DK-Butterfly, Inc.

| Filing Date | Docket No. | Description |
|---|---|---|
| 4/7/2025 | 45 | Declaration of Eliott Berman in Opposition to Plaintiff's Motion for Leave to File Amended Complaint |
| 4/7/2025 | 46 | Plaintiff's Response to Defendant's Supplemental Memorandum of Law Regarding the August 7, 2023 Letters |
| 5/19/2025 | 51 | Order Denying Plaintiff's Motion for Leave to File Amended Complaint |
| 5/20/2025 | 52 | Transcript Regarding Hearing Held 5/13/2025 |
| 5/30/2025 | 56 | Notice of Appeal |

## STATEMENT OF ISSUES TO BE PRESENTED ON APPEAL

Appellant has taken this appeal from the Court's Order Denying Plaintiff's Motion for Leave to File Amended Complaint (Doc. 51). The issues presented by Appellant are as follows:

1. Did the Bankruptcy Court commit reversible error by denying Plaintiff's Motion for Leave to File Amended Complaint?

2. Did the Bankruptcy Court commit reversible error by holding that the New Jersey Contractual Liability Act, N.J.S.A. § 59:13-1, *et. seq.*, applies to the contracts between the Debtors and Defendant/Appellee?

3. If the New Jersey Contractual Liability Act applies, did the Bankruptcy Court commit reversible error by holding that Plaintiff/Appellant did not substantially comply with the New Jersey Contractual Liability Act?

4. Did the Bankruptcy Court commit reversible error by holding that Plaintiff/Appellant's filing of an amended complaint would be futile?

Dated: June 13, 2025

AKERMAN LLP

By: */s/ Steven R. Wirth*
Steven R. Wirth, Esq.
Email: steven.wirth@akerman.com
Raye C. Elliott (admitted *pro hac vice*)
Email: raye.elliott@akerman.com

      401 East Jackson Street, Suite 1700
Tampa, Florida 33602
Telephone: (813) 223-7333
Facsimile: (813) 223-2837

Peter O. Larsen, Esq. (admitted *pro hac vice*)
Email: peter.larsen@akerman.com
50 North Laura Street, Suite 3100
Jacksonville, Florida 32202
Telephone: (904) 798-3700
Facsimile: (904) 798-3730

and

PACHULSKI STANG ZIEHL & JONES LLP
Bradford J. Sandler
Paul J. Labov
Edward A. Corma
1700 Broadway, 36th Floor
New York, NY 10019
Telephone: (212) 561-7700
Facsimile: (212) 561-7777
Email:  bsandler@pszjlaw.com
      plabov@pszjlaw.com
      ecorma@pszjlaw.com

*Counsel to the Plan Administrator*